| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

DAVID WILKES,

        Plaintiff,

   v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,

        Defendants.

Case No. 18-cv-05607-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 5

This is a civil rights case filed pro se by a state prisoner. In the initial review order on November 28, 2018, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order. Because the case is closed, the motion to appoint counsel (Docket No. 5) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 14, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WILKES,
        Plaintiff,

v.

SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,
        Defendants.

Case No. 18-cv-05607-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2019, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

David Wilkes ID: 1809315
San Francisco County Jail
850 Bryant Street
San Francisco, CA 94102

Dated: January 15, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
Mauriona Lee, Deputy Clerk to the
Honorable JAMES DONATO